# UNITED States District Court
## Western District of New York

DESEAN Hill

Plaintiff,

— AGainst —

Complaint under The Civil Rights Act 42 U.S.C. § 1983

Sgt. D. Hessel, in both his individual and offical Capacity. C.O. Bortel, in both his individual and offical Capacity. C.O. Hammer, in his individual Capacity, C.O. Schmedt, in his individual Capacity. C.O. John Doe #1 C.O. John Doe #2. C.O. John Doe #3,

Jury trial: ☒ Yes ☐ No

Defendant(s)

UNITED STATES DISTRICT COURT FILED JUL 21 2021 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

I. Parties in this Complaint:

A. Plaintiff

NAME: Desean Hill
ID#: 14A0857
Current Institution: Collins Corr fac
Address: P.O. Box 340, Collins N.Y. 14034

(1)

B.

Defendant No. 1  NAME: Sgt. D. Hessel
Where Currently Employed: Collins Corr. Fac.
Address: P.O. Box 340, Collins, N.Y. 14034-0340

Defendant No. 2  NAME: C.O. Bortel
Where Currently Employed: Collins Corr. Fac.
Address: P.O. Box 340, Collins, N.Y. 14034-0340

Defendant No. 3  NAME: C.O. Hammer
Where Currently Employed: Collins Corr. Fac.
Address: P.O. Box 340, Collins, N.Y. 14034-0340

Defendant No. 4  Name: C.O. Schmedt
Where Currently Employed: Collins Corr. Fac.
Address: P.O. Box 340, Collins, N.Y. 14034-0340

Defendant No. 5  Name: C.O. John Doe #1
Where Curretly Employed: Collins Corr. Fac.
Address: P.O. Box 340, Collins, N.Y. 14034-0340

Defendant No. 6   Name: C.O. John Doe #2
Where Currently Employed: Collins Corr. fac
Address: P.O. Box 340, Collins NY. 14034

Defendant No. 7   Name: John Doe #3
Where Currently Employed: Collins Corr fac
Address: P.O. Box 340, Collins, N.Y. 14034-0340

II. Statement of Claim:

A. In what institution did the events Giving Rise to Your claim occur? Collins Corr. fac.

B. Where in the institution did the eventss Giving rise to Your claim occur? SHU OS-A2-28 cell. Gallery

C. What date and approximate time did the events Giving rise to Your claim(s) occur? May 6, 2021 on or Around 9:06 pm until 9:45 pm.

(3)

D. Facts: The Plaintiff Deseen Hill is and was at all times relevant hereto, A Prisoner in the Custody of the New York State Department of Corrections and Community Supervision (DOCCS). At the time of the events relevant hereto, The Plaintiff was incarcerated at Collins Corr. Fac. On May 3rd, 2021 The Plaintiff Arrived To Collins Corr. Fac. Prior and Since His Arrival He's Participated and Recieved His Ramadan Meals due To fasting and Practicing under The Muslim Religion. Registered In (DOCCS) Computer Since 2016. On May 6, 2021. Plaintiff, Recieved A Hot/Cold Meal and Sahur Bag Around 9pm. With Now Being in Collins for (72hrs) without Any Property or Provided A Coran or A change of cloths. The Plaintiff Arrived with five other Prisoner's who all were escorted Per (DOCCS) SHU Standard and Procedure, To Recieve Your Property within (72hrs) upon Arrival. Able To Review and Recieve items Your allowed to Have from all legal Matireal, Photo's Personal letters etc.. with the Plaintiff Being the "only" inmate Not able to Be escorted or issued His Selected Property. He Requested To Speak to The area Supervisor in regard of Recieving A Coran and His Property or change of His cloths. Upon His request from Defendent Hammer Sgt. D. Hessel, Arrived with a number of officer's. This Sgt. who was fully aware The Plaintiff was fasting, Being A Muslim and Requested A Coran. Due To A sign on The Plaintiff Cell Gate with A Photo of Him, which States "Ramadan." He Ordered The Plaintiff To Place

(4)

His Hands Through the Hatch door, inwhich The Plaintiff Complied to Be Place in Mechanical Restraints and full Body waist-chain. Once the Plaintiff Exited The Cell, Sgt. D. Hessel went into A violent Rage. He entered The Plaintiff Cell and He immediatly Threw The Sleeping Mattress, The Plaintiff Hot/Cold Ramadan food, Sahur Bag, Kufi and Collected legal Supplies out The Cell onto the Gallery floor. with the Plaintiff In Shock He, made every verbal Attemp to ask why was This Taken Place. Sgt. D. Hessel stated "If I don't shut up and face The wall, I'll wish I did." The Plaintiff Made Another Attemp, This time to inform The Sgt. D. Hessel, He's Now violating His religious items, food and belief. In full Body Restraints, The Sgt. D. Hessel Than Ordered The above mention defendant(s) to "drop Him and Toss Him." at This Time, The Plaintiff was Slammed into the wall by C.O. Hammer and John Doe #1 (Caucasion male, 5'10, 210 Pounds. Than Placed in A deadly choke Hole by C.O. Bortel, while the remaining defendant(s) Punched, and Threatend to Kill me. with Recongizing This reckless, unproffessional Behavior from these defendant(s) The Plaintiff, In fear for His life, Being on the Second floor with A open fall, He Held on to the Gate to refrane from Being Tossed Over the Second floor rale. During This Time, Sgt. D. Hessel, Removed His (DOCCS Assigned issued walkie-Talkie) from His waist Belt and viciously Banged my Hand repeatedly until He drew Blood, leaving Gashes on Three of The Plaintiff fingers. AT [NO] Time during This Assault with The

(5)

Plaintiff in Mechanical Restraints and full Body waist-chain. did the Plaintiff resist, Kick, Spit or Attemp to Make Matters worst. The defendant(s) Than Carried The Plaintiff 50-60 feet by waist chain in the Air, To An unknown Area/cell which Had No Mattress, Toilet, Sink, or shoes on His feet. The following Day On 5-7-21. The Next Area Supervisor Sgt. Morsen, Who's Not A defendant in this Complaint Orderd I Be seen by A Nurse, Ms. Jacobs, who Reviewed My injury's and Requested I Be sent To an outside Hospital. (ECMC) Eric County Medical Center. This incident is On "video" also see Affidavit(s)

III. Injuries:

If You Sustained injuries related to the events alledged above, describe them and state what Medical treatment, If Any, You Required And Recieved:

The Plaintiff Suffered A Swollen Hand, Gashes And Ripped Skin on His Right Pinky, Wedding and index fingers, which will Be Perminet Scars. Sharp Pain in His neck and lower Back. He was Emergency transfered To (ECMC) Hospital. where He Recieved X-Ray's to His Hand, Stutures for The Open Wounds along with Pain Medication. And follow-up Treatment for neck And Back Pain which May require Surgery in the future. Plaintiff was Seen by Collins Dr. Jin, on 5/26/21 for Back Pain.

(6)

IV. Exhaustion of Administrative Remedies:

A. Did Your claim(s) arise while You were Confined in A Jail, Prison, or other Correctional facility?

   Yes ✓   No __

   If Yes, Name the Jail, Prison, or other Correctional facility where You were Confined at the time of the event(s) Giving rise to Your claim(s)

   Collins Correctional Facility - SHU 200

B. Does the Jail, Prison or Correctional facility where Your claim(s) arose Have A Grievance Procedure?

   Yes ✓   No __   Do Not Know __

C. Does the Grievance Procedure at the Jail, Prison or other Correctional facility where Your claim(s) arose Cover Some or all of Your claim(s)?

   Yes ✓   No __   Do Not Know __

(7)

D. Did You file A Grievance in the Jail, Prison or other Correctional facility where Your claim(s) arose? Yes ✓ No __

E. If You did file A Grievance about the events described in this Complaint, where did You file The Grievance? Collins Corr. Fac. OS-A1-1 cell in which It was not respond to due to staff Throwing it out. Plaintiff than Contacted (OSI) office of Special Investigation through His Sister Ms. S. Brooks, He also wrote A Complaint To Collins, Dep of Security Mr Poff and Another Grievance forwarded To C.O.R.C. on 5/19/21.

   1. which claim(s) in this complaint did You Grieve? Staff on Inmate Assault, Religion violation

   2. what was the Results. If Any? On 5/17/21 DSS Poff Recieved The Plaintiff Complaint The Plaintiff was interviewed on 5-20-21 by Lt. Pyane. (OSI) Attemped to interview Plaintiff on or Around 5/11-13th/21. Due To Plaintiff outside Hosp. Trip He was Placed On quarantine. (OSI) Recorded A Statement on 5/27/21. Internal Affairs.

(8)

3. What steps, if Any, did You take to appeal that decision? Describe all efforts to appeal to the Highest level of the Grievance Process. I wrote Collins Deputy of Security about the Complaint of Mishandling of Mail, C.O.R.C. who never Responded. I Attached the Second Grievance and Contact (OSI) who Recorded My Complaint for investigation

V. Relief:

State what You want The Court to do for You (Including the amount of Monetary Compensation, If Any, that You Are Seeking And the basis for such amount(s).)

THE Plaintiff Requesting This Court Grant Judgement In His Favor and damages in His Favor against All defendant(s) in an amount sufficient To Compensate Him for the Pain and Mental Anguish He's Suffered at The Hands of the defendant(s). The Defendant(s) violating His First Amendment Rights and THE Religious Land Use and institutionalize Person Act (RLUIPA) depriving the Plaintiff to freely Exercise and Practice His religion. THE Sgt. D. Hessel, Knowledge and Awareness of the Plaintiff Being A (5) Year Muslim who's registered in (DOCCS) Computer, Practicing and Having religious Material inwhich He destroyed And

(9)

Threw away as Trash, being The Plaintiff Ramadan Meal and Kufi. The violation of His Eigth Amendment Rights, To Be free from Cruel and unusual Punishment and or Excessive force. The Defendent(s) acting under color. All Knowingly And intentionally used Excessive force outside of (DOCCS) Training Academy. The Punching, Kicking, The deadly Placement of A deadly choke-hold and use of A "Walkie-Talkie" which in This Matter is considered A deadly weapon That Caused Serious injury/Bodily Harm To The Plaintiff, for outside Medical Treatment. Due To the delibrate indifference and intentional Misconduct of The Defendent(s). But in No event less Than $50,000 from Sgt. D. Hessel, for His role described within The Complaint. The Plaintiff is also Requesting for injuctive Relief, Asking This Court To demand Through the defendent(s) Attorney, Sgt. D. Hessel (DOCCS report folder) which will show A lengthy History of Assaults and or other on inmates. To demote or fire This Sgt. $50,000 from C.O. Bortel, for His Role described within The Complaint. Both in their Individual and offical Capacity. $300,000. Together for all Remaining Defendent(s) and Such additional relief as This Court May deem just and Proper. He, Believe He should Be Awarded A Total in $100,000 in Compensatory damages on the 8th And 1st Amendment Violations Count, and in A total of $400,000 in Punitive Damages. The Plaintiff Request the video footage on 05-A2 Gallery The day of This incident 5/6/21, Be Preserved Pending Review or Trail.

(10)

VI. Previous lawsuits:

A. Have you filed other lawsuits in state or federal Court dealing with the same facts involved in this action? Yes ___ No ✓

C. Have you filed other lawsuits in state or federal Court otherwise relating to your imprisonment Yes ✓ No ___

D. If your Answer to C is Yes, describe each lawsuit by answering Question 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuit on another piece of paper using the same format.)

    1. Parties to the Previous lawsuit:
        Plaintiff: DeSean Hill #14A0857
        Defendant(s): (Asso. Comm.) McGrath, OMH Ms Grey, et.al.

    2. Court (If federal Court, name the district; If State Court, name the County) United States District Court, Northern District of New York

(11)

3. Docket or Index Number 9:18-CV-1203

4. Name of Judge assigned to your Case DNH/TWD

5. Approximate date of filing lawsuit 10/09/2018

6. Is the Case still Pending? Yes

7. What was the results of the Case? Pending

I declare under Penalty of perjury that The foregoing is True and Correct. Signed this 19th day of July, 2021.

Signature of Plaintiff: /s/ Hill Des
Inmate Number: 14A0857
Institutional Address: Collins Corr. Fac.
P.O. Box 340, Collins, N.Y. 14034

I declare under Penalty of Perjury that on this 19th day of July, 2021, I am delivering this Complaint to Prison Authorities to be Mail to the Pro Se office of the United States District Court for the Western District of New York.

x /s/ Hill Des
Pro Se

(12)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
DeSean Hill # 14-A-0857

### DEFENDANTS
Sgt. Hessel, et al

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| | | | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [x] 550 Civil Rights [ ] 555 Prison Condition [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983 Prisoner Civil Rights

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE JLS MAG. JUDGE _____

Deseun Hill #14A0857
Collins Corr fac
P.O. Box 340
Collins, N.Y. 14034

July 19th, 2021

Dear, Clerk of the Court

Please Be Advise, Enclose Are Two Copies of The Complaint ~~w/ Exhibits Attached~~ filed out best To my Knoweledge

Please Be Advise, Due To insufficient funds in my Account, I Have To Wait to Attach Any and All Exhibits To The Complaints This Should Be So. upon Admending The Complaint To Name John Doe Defendant(s)

THank You

Respectfully
Mr Hill

Cc: file

DeSean Hill #14A0857
Collins Correctional Facility
P.O. Box 340
Collins, New York 14034-0340

USPS - JUL 21 2021 - BUFFALO

No Funds were Enclosed

To: Mary C. Loewenguth
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

COLLINS CORRECTIONAL FACILITY

NEOPOST 07/20/2021 US POSTAGE